PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Nathan Lamont Pierce, Jr.</u>　　　Case Number: <u>3:09-00124-01</u>

Name of Sentencing Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>May 12, 2011</u>

Original Offense: <u>18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm.</u>

Original Sentence: <u>36 months' imprisonment followed by 2 years' supervised release.</u>

Type of Supervision: <u>Supervised Release</u>　　　Date Supervision Commenced: <u>September 19, 2013</u>

Assistant U.S. Attorney: <u>Scarlett Nokes</u>　　　Defense Attorney: <u>Caryll S. Alpert</u>

---

THE COURT ORDERS:

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this __17__ day of
__April__, 2014, and made a part of the records in the above case.

_____
Honorable Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place:　Columbia, Tennessee

Date:　April 16, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.** **The defendant shall refrain from any unlawful use of a controlled substance:**

On April 10, 2014, Mr. Pierce submitted a urine screen at the probation office, which tested presumptively positive for marijuana. Mr. Pierce denied using the substance. The specimen was sent to Alere Laboratories, Gretna, Louisiana, and was returned positive. This officer spoke with Mr. Pierce on April 16, 2014, regarding the positive urine screen and he indicated that he had not used marijuana since his last positive test on March 10, 2014. However, Mr. Pierce submitted a urine screen on March 21, 2014, that tested negative for illicit substances.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Pierce is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since September 19, 2013. He is not currently employed and lives with his mother in Nashville, Tennessee. The probation officer completes frequent unannounced home visits at the offender's residence. Mr. Pierce is enrolled in Phase 6 of the U.S. Probation drug testing program which requires at least two random drug screens on a monthly basis.

On February 19, 2014, Mr. Pierce was referred to Centerstone, Nashville, Tennessee, for a substance abuse intake assessment to determine whether he was in need of drug treatment. The intake assessment was completed on February 28, 2014, but not received in the probation office until March 19, 2014. It was recommended the offender participate in Phase 1 of the Low Intensity Outpatient Program, which requires weekly group counseling. Mr. Pierce is set to begin counseling this month.

### U.S. Probation Officer Recommendation:

While it appears this most recent urine screen is new use, the probation officer is requesting that no additional action be taken by the Court allowing Mr. Pierce the opportunity to begin participating in outpatient drug treatment as recommended by Centerstone. It is recommended Mr. Pierce continue on supervised release and undergo increased monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer