UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:09-00124 |
| | ) | JUDGE CAMPBELL |
| NATHAN PIERCE. JR. | ) | |

ORDER

Pending before the Court is a Petition (Docket No. 48) alleging violations of Defendant's conditions of Supervised Release. The Court will hold a hearing on the Petition on October 9, 2014, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE