UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00124 |
| | ) | JUDGE CAMPBELL |
| NATHAN PIERCE. JR. | ) | |

ORDER

The hearing on the Petition (Docket No. 48) alleging violations of Defendant's conditions of Supervised Release scheduled for October 9, 2014, is RESCHEDULED for October 10, 2014, at 10:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE