AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
         Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

NATHAN LAMONT PIERCE, JR.

Case Number: 3:09-00124
USM Number: 19523-075

Caryll S. Alpert
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __Two (2) through Five (5)__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not commit another federal, state or local crime | 5/15/2014 |
| 2 | Defendant shall refrain from any unlawful use of a controlled substance | 9/15/2014 |
| 3 | Defendant shall not leave the judicial district without the permission of the Court or Probation Officer | 9/2/2014 |
| 4 | Defendant shall not commit another federal, state or local crime | 9/13/2015 |
| 5 | Defendant shall participate in a program of drug testing and treatment as directed by the Probation Officer | 10/31/2014 |
| 6 | Defendant shall not commit another federal, state or local crime | 11/11/2014 |

   The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violations One (1) and Six (6) are dismissed by agreement of the parties.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __4990__

Defendant's Year of Birth: __1984__

City and State of Defendant's Residence:
   Nashville, TN

March 2, 2015
Date of Imposition of Judgment

_Todd Campbell_
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

March 2, 2015
Date

AO 245D  (Rev. 12/07 Judgment in a Criminal Case for Revocations
Sheet 2 – Imprisonment

DEFENDANT:     NATHAN LAMONT PIERCE, JR.                                    Judgment — Page 2 of 2
CASE NUMBER:   3:09-00124

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:     Nine (9) months

No period of Supervised Release is imposed.

__X__  The Court makes the following recommendations to the Bureau of Prisons:

  1. Transition to community confinement.
  2. Participation in anger management classes.

__X__  The Defendant is remanded to the custody of the United States Marshal.

_____  The Defendant shall surrender to the United States Marshal for this District:

  _____ at _____ p.m. on _____

  _____ as notified by the United States Marshal.

_____  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  _____ before 2 p.m. on _____

  _____ as notified by the United States Marshal.

  _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal